**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____ Case No. _____

TORRES WALKER, GUILLERMO J_____ Chapter 13
                                 Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 4/04/2011      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 250.00 x 60 = $ 15,000.00
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____
$ _____ x ___ = $ _____

TOTAL: $ 15,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 15,000.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,824.00

Signed: /s/ GUILLERMO J TORRES WALKER
        Debtor

        _____
        Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. MUEBLERIAS BERRIOS  Cr. _____ Cr. _____
# 2501209002   # _____  # _____
$ 500.00       $ _____  $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
ATTORNEY FEES TO BE PAID FIRST.

ANY TAX REFUND RECIEVED DURING THE TERM OF THE PLAN, SHALL BE SURRENDERED TO TRUSTEE TO FUND THE PLAN.

DEBTOR WILL CONTINUE DIRECT MONTHLY PAYMENTS TO ASUME (LUZ E REYES) & ROSA AYME RIVERA ECHEVARRIA.

Attorney for Debtor Jose Prieto_____ Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

**IN RE** TORRES WALKER, GUILLERMO J                                    Case No. _____
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | VICTOR VAZQUEZ RESTO | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only